Andrew T. Koenig, SBN: 158431
Attorney at Law
353 Sanjon Road
Ventura, CA 93001
Tel. 805 653-0284
FAX: 805 643-3062
Email: andrewtkoenig@hotmail.com

Attorney for plaintiff Rudy Ruiz

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA
WESTERN DIVISION

| | |
|---|---|
| RUDY RUIZ,<br><br>    Plaintiff,<br><br>v.<br><br>MICHAEL J. ASTRUE,<br>COMMISSIONER OF SOCIAL SECURITY,<br><br>    Defendant. | No. CV 08-3353-PJW<br><br>ORDER AWARDING ATTORNEY'S FEES PURSUANT TO THE EQUAL ACCESS TO JUSTICE ACT, 28 U.S.C. § 2412(d) |

Based upon the parties' Stipulation for Award of EAJA Fees ("Stipulation"), IT IS ORDERED that Andrew T. Koenig, as counsel for Plaintiff and as Plaintiff's assignee, is awarded attorney fees under the Equal Access to Justice Act in the amount of TWO-THOUSAND FIVE-HUNDRED DOLLARS and NO CENTS ($2,500.00), as authorized by 28 U.S.C. § 2412(d), subject to the terms of the Stipulation.

Dated: 2/20/09

_____
UNITED STATES MAGISTRATE JUDGE